BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**SEALED FILED**

MAR 23 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of 1718 ALBERS ROAD MODESTO, CA | Case NO. 1:08-SW-319 GSA<br><br>REQUEST TO **UNSEAL** SEARCH WARRANT |

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the search warrant and application and affidavit in support of the search warrant in the above-captioned proceeding be and is hereby unsealed.

Date: _March 23, 2011

_____
Honorable Sandra M. Snyder
United States Magistrate Judge

2